OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603

$ 000.27⁵

NOV 25 2015

11/25/2015

LETTSOME, WENFORD    Tr. Ct. No. 1347045-B

WR-83,852-02

The Court has dismissed without written order this subsequent application for a writ of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

WENFORD LETTSOME
HODGE UNIT - TDC # 1864369
P.O. BOX 999
RUSK, TX 75785

I A